**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re Application of: | ) | |
| | ) | |
| TECHTERYX LTD., | ) | |
| | ) | |
| Applicant, | ) | Case No. 26-MC-4-R |
| | ) | |
| FOR AN ORDER TO TAKE DISCOVERY FOR USE IN FOREIGN PROCEEDINGS PURSUANT TO 28 U.S.C. § 1782 | ) | |

**DECLARATION OF LI JINMEI IN SUPPORT OF APPLICANT'S APPLICATION PURSUANT TO 28 U.S.C. § 1782**

I, Li Jinmei, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury under the laws of the United States, as follows:

1. I am the sole Director of Techteryx Ltd. ("Applicant" or "Techteryx"), a private limited liability company incorporated in the British Virgin Islands, with its registered address located in Road Town, British Virgin Islands.

2. I submit this declaration in support of the application by the Applicant for discovery from Aria Commodities-USA, LLC ("Aria USA"), Aria Commodities Americas LLC ("Aria Americas"; together with Aria USA, the "Aria USA Entities"), and Lane Walker ("Walker"; together with the Aria USA Entities, "Respondents") pursuant to 28 U.S.C. § 1782 (the "Application"). The proposed subpoenas seeking documents and testimony from Respondents (the "Subpoenas") are attached to the Application as Exhibits 1-6.

3. Unless otherwise indicated, all facts set forth in this declaration are based upon (1) my personal knowledge; (2) my review of relevant documents; or (3) information supplied to me by Applicant, Applicant's officers, directors, or employees, or professionals retained by Applicant.

4. To the best of my knowledge, all exhibits attached hereto are true and accurate copies, or true and accurate excerpts of those copies.

## I. Factual Background

5. Respondents Aria USA and Aria Americas are limited liability companies organized under the laws of Kansas with their principal places of business in Edmond, Oklahoma. *See* Exhibits 1 & 2. Public records indicate that Walker is the only member who owns 5% or more of the capital of each entity (*see id.*), though Aria Americas was previously a subsidiary of Aria USA (*see* Exhibit 7 ¶ 8(c)(v)).

6. Respondent Walker resides in Edmond, Oklahoma, at the same address where the Aria USA Entities have their principal places of business. *See* Exhibits 1, 2, 3. Besides owning those entities, Walker has been an officer, director, and/or consultant for other relevant Aria entities.

7. In March 2018, TrueCoin, LLC ("TrueCoin") launched the TrueUSD business, which provided users with access to cryptographically secured digital currency tokens called TUSD. These tokens were developed and marketed as a "stablecoin," meaning the value of each token would be pegged to the U.S. dollar. To maintain this value, TUSD was purportedly backed with U.S. dollar reserves (the "TUSD Reserves"), which allowed token holders to redeem their TUSD for U.S. dollars on demand. The TUSD

Reserves were to be kept and safeguarded by independent licensed financial institutions, in escrow, and maintained in either U.S. fiat currency or equivalent assets in values at least equal to the amount of outstanding TUSD at any given time. To ensure that redemption requests could be met, it was important that the TUSD Reserves be invested in short- to medium-term and liquid investment positions.

8. TUSD's operations can be summarized as follows:

- TrueCoin maintained a website through which it marketed TUSD, which was traded on various digital asset platforms.
- After supplying certain information for a required know-your-customer ("KYC") process, a user interested in acquiring TUSD could order a quantity of tokens from the website in exchange for an equivalent amount in U.S. dollars, which would be held in the TUSD Reserves.
- TrueCoin custodied the TUSD Reserves with certain regulated financial institutions, including trust companies.
- The quantity of TUSD ordered would then be minted on the blockchain and sent to the user.
- If TUSD users wished to redeem their tokens, they could do so via the TrueCoin website. Redeemed tokens would be "burned"—meaning they would cease to exist—and an equivalent amount of U.S. dollars would be returned to the user from the TUSD Reserves.

9. Pursuant to a Strategic Alliance Agreement dated December 2, 2020, Techteryx purchased the TUSD business from TrueCoin, which included the rights and interests in the TUSD Reserves, for $28 million and other consideration (the "Acquisition"). *See* Exhibit 4 § 2.5(a). Pursuant to a Master Services Agreement dated December 2, 2020, Techteryx also engaged TrueCoin to continue managing the day-to-day operations of the TUSD business, which included minting and redeeming TUSD, performing KYC and anti-money-laundering checks, staffing a support team, providing

infrastructure support, maintaining audit and regulatory compliance services, and managing and maintaining relationships with financial institutions that provide banking services for the TUSD Reserves. *See* Exhibit 5. This engagement continued until July 13, 2023.

10. Alex de Lorraine ("ADL")—TrueCoin's then Head of Finance and Business Operations, and the CEO of TrueCoin's parent company—was named the primary relationship manager between TrueCoin and Techteryx (*see id.* at Exhibits A-1–A-4), and was authorized to execute decisions for investing the TUSD Reserves in the approved investment products.

11. Prior to the Acquisition, in or around May 2019, TrueCoin engaged Legacy Trust Company Ltd. ("Legacy") to provide escrow services for the TUSD Reserves, and in or around March 2020, Legacy engaged Crossbridge Capital Asia Pte Ltd. ("Crossbridge") to provide investment management services for the TUSD Reserves.

12. In a March 31, 2020 investment proposal, Legacy and Crossbridge recommended to TrueCoin that a significant portion of the TUSD Reserves be invested in a fund called Aria Commodity Finance Fund ("Aria CFF"), which, contrary to the needs of the TUSD business, invested in illiquid medium- to long-term investments. *See* Exhibit 6.

13. Aria CFF is part of a network of several "Aria" entities owned and/or controlled by Matthew Brittain. At all relevant times, Brittain is or was (1) the CEO and Chief Investment Officer of Aria CFF; (2) the sole director and shareholder of ARIA Capital Management Ltd. ("Aria Capital"), which is the sole holder of all management

shares of Aria CFF; and (3) the managing director and general manager of Aria Commodities DMCC ("Aria DMCC"). Aria DMCC is the entity to which, as detailed below, Brittain and his co-conspirators diverted approximately half a billion dollars of the TUSD Reserves without Techteryx's knowledge or approval; it is a Dubai private company that was wholly owned during the relevant period by Cecilia Brittain—Matthew Brittain's wife, a school teacher with no financial background or experience. In all, Brittain has identified himself as the ultimate beneficial owner of more than 20 Aria entities in three corporate structures worldwide, including the Aria USA Entities. *See* Exhibit 7 ¶ 8.

14. In the months leading up to the Acquisition, around June and December 2020, TrueCoin approved directing at least $97 million worth of the TUSD Reserves to Aria CFF for purported investment. Upon the Acquisition, all of TrueCoin's rights, title, and interest in and to the TUSD Reserves passed to Techteryx, along with the rest of the TUSD business.

15. Around the time of the Acquisition, escrow services were switched from Legacy to First Digital Trust Ltd. ("FDT"), and investment management services were switched from Crossbridge to Finaport Pte Ltd. ("Finaport"). This, however, did not change the individuals in charge of managing the TUSD Reserves—Legacy's CEO and director (Vincent Chok) was also the CEO and director of FDT, Crossbridge's CEO and partner (Yai Sukonthabhund) joined Finaport as a partner, and ADL continued to implement instructions for investing the TUSD Reserves as the primary representative of TrueCoin.

16. Aria CFF created offering and marketing materials, which included an April 2020 Fact Sheet and June 2019 and May 2020 Private Placement Memoranda, which featured numerous material misrepresentations, including but not limited to: (1) the June 2019 Private Placement Memorandum falsely described Aria CFF as registered with the Cayman Islands Monetary Authority ("CIMA") (*see* Exhibit 33 at 1, 83), which did not in fact take place until July 2020; and the materials otherwise falsely claimed that (2) Aria CFF would invest at least 80% of its net assets in trade finance and the remaining 20% in other fixed income securities and money market instruments (*see id.* at 8, 36-37); (3) the average duration of the contracts underlying Aria CFF's trade finance investments was 42 days (*see* Exhibit 10 at 1); (4) all of the fund's transactions would be insured by A-rated institutions (*see id.*); and (5) Aria CFF would file audited accounts with CIMA annually (*see* Exhibit 9 at 96).

17. ADL, Chok, and Sukonthabhund also made numerous other material misrepresentations about Aria CFF, including the following:

- On February 4, 2021, Chok stated that Aria CFF invests in interest-bearing products with minimum fluctuations in value that could be redeemed on a quarterly basis, and that Aria CFF's insurance coverage provided a high level of safety. *See* Exhibit 11.
- On February 8, 2021, Sukonthabhund stated that Aria CFF's investments were insured. *See* Exhibit 12.
- On July 9, 2021, ADL stated that Aria CFF's investments would have a duration of 60 to 90 days. *See* Exhibit 13.
- On February 25, 2022—in response to a query from Techteryx about whether Aria CFF was a risky investment—ADL stated that Aria CFF's investments were triple insured and invested in trade finance, and that Techteryx could redeem its investments within 90 days. *See* Exhibit 14.

18. But instead of investing the funds into Aria CFF, ADL, Chok, and Sukonthabhund, with the aid of Brittain, diverted $456 million ($268 million of which were diverted between May and August 2021) of the TUSD Reserves to another entity—Aria ***DMCC***.

19. Brittain has represented under oath in a Dubai International Financial Centre ("DIFC") court proceeding that Aria DMCC transferred $200 million of the TUSD Reserves to a U.S. affiliate, which Techteryx has reason to believe was one or both of the Aria USA Entities. *See* Exhibit 15 ¶ 30. Brittain claimed that the TUSD Reserves sent to the Aria USA Entities were then transferred to an Australian Aria entity to invest in, among other things, substantial quantities of Australian grain. *See id.*

20. Brittain further represented under oath in the DIFC court proceeding that Aria CFF and Aria DMCC had entered into a loan agreement dated October 1, 2021 for Aria CFF to provide a loan of $250 million to Aria DMCC. *See* Exhibit 16 ¶ 45(a)(iii). This loan agreement was signed by Brittain on behalf of Aria CFF as its investment manager, and signed by Walker on behalf of Aria DMCC as its executive director. *See* Exhibit 17.

21. Brittain also produced in the DIFC proceeding a credit facility agreement of approximately $175 million dated March 25, 2022, between Aria CFF and Aria AAAX Australia Pty Ltd. ("Aria AAAX"), which Walker signed on behalf of the latter as its purported director. *See* Exhibit 18.

22. The misdirection of the TUSD Reserves to Aria DMCC, the Aria USA Entities, and Aria AAAX was done without Techteryx's knowledge or approval. In fact,

Techteryx was unaware that the TUSD Reserves had misappropriated and transferred to a Dubai private company (*i.e.*, not Aria CFF) until years later, and only after hiring a forensic financial investigation firm to trace the proceeds of the fraudulent scheme.

23. Between October 2022 and May 2023, Techteryx sought to redeem $82.8 million of the investments purportedly made in Aria CFF (which FDT, Brittain, and ADL promised to honor), however Aria CFF was unable to timely make these repayments, and returned only $63.15 million to Techteryx.

24. During this time, Brittain, ADL, Chok, and Sukonthabhund continued to insist that Aria CFF was a safe and liquid investment. For example, during an October 21, 2022 call that included ADL, Chok, and Sukonthabhund, Brittain falsely claimed that Aria CFF was fully collateralized, was insured by AIG and Liberty Mutual, and faced no liquidity concerns. And on November 24, 2022, Techteryx's agents and advisors attended an in-person meeting at Aria CFF's offices in Dubai, during which Brittain, ADL, and Chok continued to insist that Aria CFF was liquid, and blamed the delayed redemption payments on Aria CFF sharing the name "Aria" with entities on terrorist financing lists, which supposedly caused banks to delay payment.

25. In May 2023, October 2023, and February 2024, Techteryx made further redemption requests, collectively seeking the return of the net investment amount thought to be remaining with Aria CFF—$501.85 million. Those requests remain unpaid.

26. In around April 2023, Techteryx engaged a forensic financial investigation firm to investigate the Aria entities and the purported investment of the TUSD Reserves. That investigation revealed that (i) a substantial portion of the TUSD Reserves had been

misdirected to Aria DMCC—the Dubai private company wholly owned by Brittain's wife during the relevant period—and (ii) the TUSD Reserves had not been invested in liquid, insured, short- to medium-term instruments, as Brittain and his co-conspirators had repeatedly represented to Techteryx, but were instead invested in illiquid, uninsured, medium- to long-term investments or commodities, or were otherwise misused.

27. The findings of the investigation were also corroborated by Aria CFF's June 30, 2021 independent auditor's report—which was completed in November 2023 and subsequently submitted to CIMA.[1] *See* Exhibit 19. That report shows that Aria CFF primarily invested in illiquid medium- to long-term assets.

28. In fact, Brittain has admitted under oath in the DIFC proceeding that it is difficult for the Aria entities to trace the flow of funds and how the TUSD Reserves were invested. *See* Exhibit 15 ¶ 52. According to Brittain, FDT intentionally sent the TUSD Reserves to Aria DMCC,[2] and in December 2022, Brittain, Chok, Aria CFF, Aria DMCC, and FDT executed false subscription documents—in order to conceal their fraudulent conduct—to make it appear to Techteryx that the TUSD Reserves had been invested in Aria CFF. *See id.* ¶¶ 31-34.

---

[1] Despite representations that it would prepare audited financial statements on a yearly basis, Aria CFF did not do so for at least the years 2019-2022, and only in 2023 did Aria CFF produce audited financial statements for the year ending June 30, 2021.

[2] Notwithstanding this claim, Chok separately testified under oath in a Hong Kong court proceeding that the decision to direct the TUSD Reserves to Aria DMCC was made by Aria CFF, not FDT.

29. In addition, although Brittain has provided conflicting information about how the TUSD Reserves were invested, he has represented that Aria DMCC invested in, among other things: (1) coal mines in Tanzania; (2) wind and solar related assets in Australia; (3) interests in a bitumen storage terminal; (4) grain silos in Latvia; (5) grain reserves in Western Australia; (6) a waste-lead battery plant in Tanzania; and (7) a deep-water port and storage facility in Australia. *See id.* ¶ 18.

30. Techteryx has also learned that FDT and Finaport received sizable so-called "commissions" in exchange for investing the TUSD Reserves with the Aria entities. Indeed, Brittain has admitted under oath that FDT diverted $456 million of the TUSD Reserves to Aria DMCC was to allow Brittain to more easily send secret "commissions" through a Hong-Kong incorporated entity called Glass Door Limited ("Glass Door"), which was related to FDT/Legacy, and is operated by Sukonthabhund. *See id.* ¶ 23. In addition, Brittain has confirmed that the misdirection of the TUSD Reserves to Aria DMCC netted Glass Door commissions of at least $15.5 million. *See* Exhibit 7 ¶ 25(b). Upon information and belief, those commissions were then shared with others, including but not necessarily limited to TrueCoin, pursuant to a written agreement under which TrueCoin agreed to refer business to Legacy and assist Legacy in retaining such business. *See* Exhibit 20.

31. In September 2024, the Securities and Exchange Commission ("SEC") sued TrueCoin and its affiliates, resulting in a settlement agreement executed by ADL. *See* Exhibits 8 & 21.

32. Similarly, in October 2025, Celsius Network LLC filed a lawsuit against TrueCoin (and certain affiliates) alleging similar misrepresentations about the foreign currency reserves backing tokens issued as part of TrueCoin's other stablecoin businesses. *See* Exhibit 22.

33. Also in October 2025, the DIFC court signaled agreement with several of Techteryx's central claims in proceedings brought by Techteryx against Aria DMCC to obtain a proprietary injunction and freezing order. *See* Exhibits 23 & 24.

34. Finally, Brittain and the Aria entities apparently used some of the TUSD Reserves to (1) satisfy unrelated debts to Singaporean capital market intermediary CGS International Securities Singapore Pte. Ltd. (formerly known as CGS-CIMB Securities (Singapore) Pte. Ltd.) ("CGS") and Singaporean financial institution Overseas-Chinese Banking Corporation Limited ("OCBC"); and (2) provide funding for long term and illiquid investments to Singaporean entities Carbon Resilience Pte. Ltd. ("Carbon Resilience") and Carbon Resilience (Australia) Pte. Ltd. ("Carbon Resilience Australia").

35. ***First***, on or about April 30, 2019, Serica Finance plc ("Serica") issued senior secured rated notes with a one-year term (the "Serica Notes"), pursuant to an April 2019 investment memorandum. *See* Exhibit 25. The investment memorandum was issued by Aria Capital and designated Aria CFF as the recipient of the proceeds of the Notes' issuance. *See id.* at 7-8. The memorandum claims that Aria CFF's commodity trade financing would generate income to repay the Notes and identifies Walker as part of the commodities trading team. *See id.* at 13, 22. The memorandum describes Aria CFF's trade-financing activities and credit insurance in much the same terms as the May 2020

Private Placement Memorandum given to Techteryx. *Compare* Exhibit 9, *with* Exhibit 25. According to Brittain, one of the "significant" purchasers of the Notes was CGS. *See* Exhibit 26 ¶ 23(a).

36. In May 2020—the same month Aria CFF issued its Private Placement Memorandum—Serica announced that the noteholders had approved extending the maturity of the Notes from May 2020 to May 2021. *See* Exhibit 27. In August 2020, Serica announced that it would not make an interest payment to the holders of the Serica Notes because Aria CFF had failed to make payments under the Notes' terms. *See* Exhibit 28.

37. Techteryx has reason to believe that a portion of the misappropriated TUSD Reserves were used to repay the holders of the Serica Notes (including CGS) when the Notes matured in May 2021.

38. ***Second***, in December 2020, Aria CFF (K1) Fund Segregated Portfolio (which was the only segregated portfolio of ARIA Commodity Finance Funds (K) SPC, a Cayman Islands registered mutual fund also controlled by Brittain) issued a fixed rate note to OCBC with an issue price of $3.7 million and a maturity date of December 20, 2021 (the "Aria Note"). *See* Exhibit 29. On December 23, 2020, OCBC in turn issued credit-linked notes with a term of one year (the "OCBC Notes") under a December 18, 2020 term sheet. *See* Exhibit 30. The OCBC Notes were linked to the credit of Aria Commodity Finance Funds (K) SPC. *See id.*

39. Techteryx has reason to believe that a portion of the misappropriated TUSD Reserves were used to repay the Aria Note upon maturity in December 2021.

40. ***Third***, on or about November 22, 2022, Aria CFF and Aria DMCC entered into loan agreements with Carbon Resilience, pursuant to which they would loan the sum of $18 million to Carbon Resilience (comprising $8 million from Aria CFF and $10 million from Aria DMCC) for the purported purpose of acquiring wind and solar assets in Queensland, Australia through Carbon Resilience Australia. *See* Exhibits 31 & 32. According to Brittan, Aria CFF—through its nominee FA SPC Real Asset Income Limited—is the ultimate beneficial owner of Carbon Resilience. *See* Exhibits 16 ¶¶ 92-97; 26 ¶ 14(b).

41. Techteryx has reason to believe that a portion of the misappropriated TUSD Reserves was used to provide Carbon Resilience with the loan of $18 million, and this has been admitted by Brittain under oath in the Dubai court proceeding. *See* Exhibit 7 ¶ 25(f).

This Declaration is made based on my good faith understanding of the facts as of this date, and I reserve all rights to modify or supplement this Declaration.

Date: March 30, 2026

Li Jinmei

NOTARY PUBLIC
Denyse Yeo Su-En
NP2025/0551
1 Oct 2025 – 30 Sep 2026
SINGAPORE