**ARIA Commodity Finance Fund**

**INDEPENDENT AUDITOR'S REPORT
AND FINANCIAL STATEMENTS**

**FOR THE YEAR ENDED JUNE 30, 2021**

**MWB3 / 99**

Exhibit "19"
Page 1 of 27

**ARIA COMMODITY FINANCE FUND**
**Independent Auditor's Report and Financial Statements**
**For the year ended June 30, 2021**

| _CONTENTS_ | _PAGE_ |
|---|---|
| Directors and Other Information | 1 |
| Independent Auditor's Report | 2 - 3 |
| Statement of Financial Position | 4 |
| Statement of Profit or loss and other Comprehensive Income | 5 |
| Statement of Changes in net assets attributable to holders of redeemable participating shares | 6 |
| Statement of Cash Flows | 7 |
| Notes to the Financial Statements | 8 - 25 |

**MWB3 / 100**

Exhibit "19"
Page 2 of 27

**Directors and Other Information**

| | |
|---|---|
| **Board of Directors** | Michael Crothers, Cayman Islands (appointment date 23 October 2023)<br>Karl O'Reilly, Cayman Islands (resignation date 23 October 2023)<br>Ruan Van Vuuren, Cayman Islands (appointment date 28 April 2021)<br>James MacFee, Cayman Islands (resignation date 28 April 2021) |
| **Registered Address** | 3rd Floor, The Harbour Centre,<br>42 North Church Street,<br>P.O. Box No. 61, George Town, Grand Cayman KY1-1102,<br>Cayman Islands. |
| **Bankers** | EFG Bank,<br>Forum Ln, Camana Bay,<br>Cayman Islands<br><br>SEI Investments (Europe) Limited, UK<br>14-18 Finsbury Square, London EC2A 1BR,<br>United Kingdom |
| **Administrator** | IFIT Fund Services Greece,<br>Athens Office; Neofitou Vamva 7, Athina 106 74,<br>Greece |
| **Investment manager and promotors** | ARIA Capital Management FZE<br>c/o Office 1004, Park Place Tower, Sheikh Zayed Road, Dubai,<br>United Arab Emirates |
| **Legal Advisor** | Campbells, Cayman Islands<br>Floor 4, Willow House,<br>Cricket Square George Town Grand Cayman KY1, 9010,<br>Cayman Islands |
| **Prime Broker** | SAXO Capital Markets UK Ltd<br>26th floor, Canary Wharf, 40 Bank St, London E14 5DA,<br>United Kingdom |
| **ISIN** | KYG0541M1006 (USD Class A)<br>KYG0541M1188 (USD Class A)<br>KYG0541M1261 (USD Class A)<br>KYG0541M1675 (EUR Class A)<br>KYG0541M1758 (EUR Class A)<br>KYG0541M1832 (EUR Class A)<br>KYG0541M2095 (GBP Class A)<br>KYG0541M1345 (USD Class B)<br>KYG0541M1428 (EUR Class B)<br>KYG0541M1592 (EUR Class C)<br>KYG0541M2905 (USD Class C)<br>KYG0541M2582 (USD Class C)<br>KYG0541M2665 (USD Class D)<br>KYG0541M3168 (USD Class D) |

**MWB3 / 101**



P.O. Box 472
Grand Cayman, KY1-1106
Cayman Islands
Tel +1 345 936 3967
**forvismazars.com**

## Independent Auditor's Report

To the Board of Directors of Aria Commodity Finance Fund

**Opinion**

We have audited the financial statements of Aria Commodity Finance Fund (the "Fund") which comprise the statement of financial position as at June 30, 2021, and the statement of comprehensive income, statement of changes in net assets attributable to holders of redeemable participating shares and statement of cash flows for the year then ended, and notes to the financial statements, including a summary of significant accounting policies.

In our opinion, the accompanying financial statements present fairly, in all material respects, the financial position of the Fund as at June 30, 2021, and its financial performance and its cash flows for the year then ended in accordance with International Financial Reporting Standards issued by the International Accounting Standards Board ("IFRS Accounting Standards").

**Basis for Opinion**

We conducted our audit in accordance with International Standards on Auditing ("ISAs"). Our responsibilities under those standards are further described in the *Auditor's Responsibilities for the Audit of the Financial Statements* section of our report. We are independent of the Fund in accordance with the International Ethics Standards Board for Accountants' *Code of Ethics for Professional Accountants* ("IESBA Code"), and we have fulfilled our other ethical responsibilities in accordance with the IESBA Code. We believe that the audit evidence we have obtained is sufficient and appropriate to provide a basis for our opinion.

**Responsibilities of Management and the Board of Directors for the Financial Statements**

Management is responsible for the preparation and fair presentation of the financial statements in accordance with IFRS Accounting Standards, and for such internal control as management determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, management is responsible for assessing the Fund's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless management either intend to liquidate the Fund or to cease operations, or have no realistic alternative but to do so.

The Board of Directors is responsible for overseeing the Fund's financial reporting process.

**Auditor's Responsibilities for the Audit of the Financial Statements**

Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance but is not a guarantee that an audit conducted in accordance with ISAs will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

Forvis Mazars in the Cayman Islands is an independent member firm of Forvis Mazars Group SC.



**Auditor's Responsibilities for the Audit of the Financial Statements (continued)**

As part of an audit in accordance with ISAs, we exercise professional judgement and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Fund's internal control. Accordingly, no such opinion is expressed.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by management.

- Conclude on the appropriateness of management's use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Fund's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of our auditor's report. However, future events or conditions may cause the Fund to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

We communicate with those charged with governance regarding, among other matters, the planned scope and timing of the audit and significant audit findings, including any significant deficiencies in internal control that we identify during our audit.

**Other Matters**

The financial statements of the Fund for the year ended June 30, 2020, were not audited and, therefore, the corresponding figures presented with these financial statements are unaudited.

This report, including the opinion, has been prepared for and only for the Board of Directors, as a body, and for no other purpose. We do not, in giving this opinion, accept or assume responsibility for any other purpose or to any other person to whom this report is shown or into whose hands it may come save where expressly agreed by our prior consent in writing.

*Forvis Mazars*

August 8, 2024
Grand Cayman, Cayman Islands

3

**MWB3 / 103**

Exhibit "19"
Page 5 of 27

**ARIA COMMODITY FINANCE FUND**
**Statement of Financial Position**
**As at June 30, 2021**

| | Notes | June 30, 2021 USD | June 30, 2020 USD (Unaudited) |
|---|---|---|---|
| **Assets** | | | |
| Interest receivables | 5 | 779,055 | 336,663 |
| Cash and cash equivalents | 6 | 45,815,247 | 11,660,709 |
| Financial assets at fair value through profit or loss | 7 | 45,104,042 | 26,107,292 |
| **Total current assets** | | **91,698,344** | **38,104,664** |
| | | | |
| **Non-Current Assets** | | | |
| Loan receivables | 5 | 36,858,259 | 5,908,133 |
| Related party receivable | 8 | 50,037,876 | 426,054 |
| Prepayment and other receivables | 9 | 1,860,582 | 50,000 |
| **Total non-current assets** | | **88,756,717** | **6,384,187** |
| | | | |
| **Total Assets** | | **180,455,061** | **44,488,851** |
| | | | |
| **Liabilities** | | | |
| **Current Liabilities** | | | |
| Accounts and other payable | 10 | 953,975 | 161,998 |
| Financial liabilities at fair value through profit or loss | 11 | 95,713 | 395,437 |
| Loan payable | | --- | 2,553,550 |
| Interest payable | 12 | 3,709,541 | 2,317,023 |
| Related party payable | 8 | 3,523,946 | --- |
| Redemptions payable | 13 | 29,400,000 | --- |
| **Total current liabilities** | | **37,683,175** | **5,428,008** |
| | | | |
| **Total Liabilities (excluding net assets attributable to holders of redeemable participating shares)** | | **37,683,175** | **5,428,008** |
| Net assets attributable to holders of participating shares | 15 | 142,771,886 | 39,060,843 |
| **Total Liabilities (including net assets attributable to holders of redeemable participating share)** | | **180,455,061** | **44,488,851** |

These financial statements were approved by the Board of Directors on August 8, 2024.

The report of the Independent Auditors is set out on pages 2 and 3.
The notes on pages 8 to 25 form part of these financial statements.

**MWB3⁴ / 104**

Exhibit "19"
Page 6 of 27

**ARIA COMMODITY FINANCE FUND**
**Statement of Comprehensive Income**
**For the year ended June 30, 2021**

| | Note | 2021 USD | 2020 USD (Unaudited) |
|---|---|---|---|
| **Income** | | | |
| Trading income | | 7,728,144 | 9,602,677 |
| Loss on fair value through profit and loss | 16 | (4,524,755) | (215,461) |
| Interest income | | 18,925,346 | 330,229 |
| Other income | | 1,000,000 | 274,809 |
| **Total income** | | **23,128,735** | **9,992,254** |
| | | | |
| **Operating expenses** | | | |
| Interest expense | | 13,293,928 | 3,739,292 |
| Trading Cost | | 3,357,860 | --- |
| Distributors and promoters fee | 17 | 2,397,336 | 1,840,259 |
| Fund administration fee | | 236,762 | 77,853 |
| Management fee | 18 | --- | 369,370 |
| Others | 19 | 2,606,302 | 2,441,579 |
| **Total operating expenses** | | **21,892,188** | **8,468,353** |
| | | | |
| **Operating profit** | | **1,236,547** | **1,523,901** |
| | | | |
| **increase in net assets attributable to holders of participating and management shares from operations** | | **1,236,547** | **1,523,901** |

The report of the Independent Auditors is set out on pages 2 and 3.
The notes on pages 8 to 25 form part of these financial statements.

**MWB3 / 105**

Exhibit "19"
Page 7 of 27

**ARIA COMMODITY FINANCE FUND**
**Statement of Changes in net assets attributable to holders of redeemable participating shares**
**For the year ended June 30, 2021**

| | June 30, 2021 USD | June 30, 2020 USD (Unaudited) |
|---|---|---|
| **Net assets attributable to holders of redeemable participating and management shares at beginning of the year** | 39,060,843 | --- |
| Proceeds from redeemable participating shares issued | 192,254,485 | 37,536,942 |
| Redemption of redeemable participating shares | (89,779,989) | --- |
| **Net increase from share transactions** | **141,535,339** | **37,536,942** |
| Increase in net assets attributable to holders of redeemable. participating and management shares | 1,236,547 | 1,523,901 |
| **Net assets attributable to holders of redeemable Participating and management shares at year end** | **142,771,886** | **39,060,843** |

The report of the Independent Auditors is set out on pages 2 and 3.
The notes on pages 8 to 25 form part of these financial statements.

**MWB3[6] / 106**

Exhibit "19"
Page 8 of 27

**ARIA COMMODITY FINANCE FUND**
**Statement of Cash Flows**
**For the year ended June 30, 2021**

|  | 2021<br>USD |
|---|---:|
| **Operating activities** | |
| Increase in net assets attributable to holders of participating shares | 1,236,547 |
| **Movements in working capital** | |
| Increase in interest receivable | (442,392) |
| Increase in loan receivables | (30,950,126) |
| Increase in related party balance | (49,611,822) |
| Increase in financial asset through profit or loss | (18,996,750) |
| Increase in prepayment and other receivables | (1,810,582) |
| Increase in accounts and other payables | 791,977 |
| Decrease in financial liabilities through profit or loss | (299,724) |
| Increase in interest payable | 1,392,518 |
| Increase in due to related party balance | 3,523,946 |
| Increase in redemption payable | 29,400,000 |
| ***Net cash used in operating activities*** | **(65,766,408)** |
| | |
| **Financing activity** | |
| Repayment of loan | (2,553,550) |
| Increase in subscription during the year – Net | 102,474,496 |
| ***Net cash generated from financing activity*** | **99,920,946** |
| | |
| **Net increase in cash and cash equivalents** | **34,154,538** |
| Cash and cash equivalent at the beginning of the year | 11,660,709 |
| | |
| **Cash and cash equivalents at the end of the year** | **45,815,247** |

The report of the Independent Auditors is set out on pages 2 and 3.
The notes on pages 8 to 25 form part of these financial statements.

**MWB3⁷ / 107**

Exhibit "19"
Page 9 of 27

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements**
**For the year ended June 30, 2021**

1. **Legal status and principal activities:**

   - **Aria Commodity Finance Fund (the "Fund")** was incorporated on July 13, 2016, as an exempt segregated portfolio company under the Companies Law of the Cayman Islands. The Company was registered under the Mutual Funds Law of the Cayman Islands on August 14, 2007, and is regulated by the Cayman Islands Monetary Authority.

   - The primary investment objective of the Fund is to deliver targeted defined returns in the medium to long-term investing in a range of commodity related assets and strategies, where the sources of return may differ from traditional financial markets.

   - The Fund's investment activities are managed by Aria Capital Management FZE (the "Investment Manager") and they are also the promoter ("Promoter") of the Fund, and provides a range of services, including but not limited to asset raising and distribution support. The Fund's administration is delegated to IFIT Fund Services Greece, Athens Office (the "Administrator").

   - The registered office of the Fund is 3rd Floor, The Harbour Centre, 42 North Church Street, P.O. Box No. 61, George Town, Grand Cayman KY1-1102, Cayman Islands.

   - As at June 30, 2021, the Fund had no employees.

2. **Adoption of new and revised International Financial Reporting Standards, Amendments and Interpretations:**

   **(a) New standards, interpretations, and amendments adopted from 1 January 2021**
   The following standards and interpretations apply for the first time to financial reporting periods commencing on or after January 1, 2021:

   - COVID-19-Related Rent Concessions beyond June 30, 2021 (Amendments to IFRS 16).
   - Interest rate benchmark reform phase 2 (Amendments to IFRS 9, IAS 39, IFRS 7, IFRS 4 and IFRS 16).

   **(b)  Standards, amendments and interpretations issued but are not yet effective and have not been early adopted by the Fund**

   The following standards and interpretations had been issued but were not mandatory for annual reporting periods ending June 30, 2021.

   - IFRS 17 Insurance contracts - effective January 1, 2023.
   - Classification of liabilities as current and non-current (Amendment to IAS 1) – effective date January 1, 2023.
   - Property, Plant and Equipment: Proceeds before Intended Use (Amendments to IAS 16) – effective date January 1, 2022.
   - References to Conceptual Framework (Amendments to IFRS 3) – effective date January 1, 2022
   - Onerous Contracts – Cost of Fulfilling a Contract (Amendments to IAS 37) – effective date January 1, 2022.
   - Annual improvements to IFRS standards 2018 – 2020 – effective date January 1, 2022.
   - Disclosure of accounting policies (Amendments to IAS 1 and IFRS practice statement 2) – effective date January 1, 2023.
   - Definition of accounting estimates (Amendments to IAS 8) – effective date January 1, 2023.
   - Deferred tax related to assets and liabilities arising from a single transaction (Amendments to IAS 12) – effective date January 1, 2023.

**MWB3 / 108**

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

3. **Summary of significant accounting policies:**

The principal accounting policies applied in the preparation of these financial statements are set out below. These policies have been consistently applied to all the years presented, unless otherwise stated.

a) *Basis of preparation*

The financial statements of the Fund have been prepared in accordance with International Financial Reporting Standards (IFRS). The financial statements have been prepared under the historical cost convention except for financial assets at fair value through profit or loss which are measured at fair value and the Redeemable Shares valued at the redemption amount.

The preparation of financial statements in conformity with IFRS requires the use of certain critical accounting estimates. It also requires management to exercise its judgment in the process of applying the Fund's accounting policies. Estimates and underlying assumptions are reviewed on an on-going basis. Revisions to accounting estimates are recognised in the period in which the estimate is revised and in any future periods affected. The critical areas involving a higher degree of judgment or complexity, or areas where assumptions and estimates are significant to these financial statements are included in the relevant accounting policies.

b) *Foreign currency translation*

i) *Functional and presentation currency*

Items included in the financial statements are measured using the currency of the primary economic environment in which the entity operates ("the functional currency"). These financial statements are presented in United States Dollars ("USD") which is the Fund's functional and presentation currency.

ii) *Transactions and balances*

Foreign currency transactions are translated into the functional currency using the exchange rates prevailing at the dates of the transactions. Foreign currency assets and liabilities are translated into the functional currency using the exchange rate prevailing at the statement of financial position date.

Foreign exchange gains and losses arising from translation are included in the statement of comprehensive income.

Foreign exchange gains and losses relating to cash and cash equivalents are presented in the statement of comprehensive income within 'net foreign currency gains or losses on cash and cash equivalents.

Foreign exchange gains and losses relating to the financial assets and liabilities carried at fair value through profit or loss are presented in the statement of comprehensive income within 'other net changes in fair value on financial assets and financial liabilities at fair value through profit or losses.

c) *Financial assets and financial liabilities*

i) *Recognition*

The Fund initially recognizes financial assets and financial liabilities on the date at which they are originated. All other financial assets and liabilities are initially recognized on the trade date at which the Fund becomes a party to the contractual provisions of the instrument.

A financial asset or financial liability is measured initially at fair value. Transaction costs for such instruments are recognized directly in the statement of comprehensive income as incurred.

Subsequent to initial recognition, all financial assets and financial liabilities at fair value through profit or loss are measured at fair value. Gains and losses arising from changes in the fair value of the 'financial assets or financial liabilities at fair value through profit or loss' category are presented in the statement of comprehensive income within other net changes in fair value of financial assets and liabilities at fair value through profit or loss in the period in which they arise.

**MWB3 / 109**

Exhibit "19"
Page 11 of 27

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

3.  <u>**Significant accounting policies (continued):**</u>

c)  ***Financial assets and financial liabilities (continued)***

ii)  ***Classification***
The Fund has adopted the following classifications for financial assets and financial liabilities:

**Financial assets**
- Financial assets at fair value through profit and loss
  Trading – derivatives financial instruments
  Designated at fair value through profit and loss – debt and equity securities.
- Loan and receivables – cash and cash equivalents and other receivables

**Financial liabilities**
- Financial liabilities at fair value through profit and loss.
- Other liabilities – liabilities due to brokers, redemptions payable, deferred subscriptions, payables to related segregated portfolios, accrued expenses and other payables and redeemable participating shares.

A financial instrument is classified as held for trading, if
- it is acquired or incurred principally for the purpose of selling or repurchasing in the near term.
- on initial recognition it is part of a portfolio that is managed together and for which there is evidence of a recent pattern of short-term profit taking; or
- it is a derivative, other than a designated and effective hedging instrument.

A non-derivative financial asset with fixed or determinable payments may be classified as "loans and receivables" unless it is quoted in an active market, or it is an asset for which the holder may not recover substantially all its initial investment, other than because of credit deterioration.

The Fund has designated certain financial assets at fair value through profit or loss when the assets are managed, evaluated and reported internally on a fair value basis.

iii)  ***Derecognition***
The Fund derecognizes a financial asset when the contractual rights to the cash flows from the financial asset expire, or when it transfers the financial asset in a transaction in which substantially all the risks and rewards of ownership of the financial asset are transferred or in which the Fund neither transfers nor retains substantially all the risks and rewards of ownership and does not retain control of the financial asset. Any interest in transferred financial assets that qualify for derecognition that is created or retained by the Fund is recognized as a separate asset or liability in the statement of financial position. On derecognition of a financial asset, the difference between the carrying amount of the asset (or the carrying amount allocated to the portion of the asset derecognized), and the consideration received (including any new asset obtained less any new liability assumed) is recognized in the statement of comprehensive income.

The Fund enters into transactions whereby it transfers assets recognized on its statement of financial position but retains either all or substantially all of the risks and rewards of the transferred assets or a portion of them.

If all, or substantially all, risks and rewards are retained, then the transferred assets are not derecognized. Transfers of assets with retention of all, or substantially all, risks and rewards include, for example, securities lending and repurchase transactions.

The Fund derecognizes financial liability when its contractual obligations are discharged or cancelled or expire.

iv)  **Offsetting financial instruments**
Financial assets and liabilities are offset, and the net amount reported in the balance sheet when there is a legally enforceable right to offset the recognized amounts and there is an intention to settle on a net basis or realize the asset and settle the liability simultaneously. The legally enforceable right must not be contingent on future events and must be enforceable in the normal course of business and in the event of default, insolvency or bankruptcy of the company or the counterparty.

v)  **Amortised cost measurement**
Financial assets classified as "Loans and receivables" are measured at amortised cost, including impairment charges, if any. The amortised cost of a financial asset or liability is the amount at which the financial asset or liability is measured at initial recognition, minus principal repayments, plus or minus the cumulative amortisation using the effective interest method of any difference between the initial amount recognised and the maturity amount, minus any reduction for impairment.

**MWB3 / 110**

Exhibit "19"
Page 12 of 27

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

3. <u>**Significant accounting policies (continued):**</u>

*c)* *Financial assets and financial liabilities (continued)*

vi) **Fair value measurement**

Fair value is the price that would be received to sell an asset or paid to transfer a liability in an orderly transaction between market participants at the measurement date.

When available, the Fund measures the fair value of an instrument using quoted prices in an active market for that instrument. A market is regarded as active if quoted prices are readily and regularly available and represent actual and regularly occurring market transactions on an arm's length basis.

If a market for a financial instrument is not active, the Fund establishes fair value using a valuation technique. Valuation techniques include using recent arm's length transactions between knowledgeable, willing parties (if available), reference to the current fair value of other instruments that are substantially the same, discounted cash flow analyses and option pricing models. The chosen valuation technique makes maximum use of market inputs, relies as little as possible on estimates specific to the Fund, incorporates all factors that market participants would consider in setting a price, and is consistent with accepted economic methodologies for pricing financial instruments. Inputs to valuation techniques reasonably represent market expectations and measures of the risk-return factors inherent in the financial instrument.

The Fund calibrates valuation techniques and tests them for validity using prices from observable current market transactions in the same instrument or based on other available observable market data.

The best evidence of the fair value of a financial instrument at initial recognition is the transaction price, i.e., the fair value of the consideration given or received, unless the fair value of that instrument is evidenced by comparison with other observable current market transactions in the same instrument (i.e. without modification or repackaging) or based on a valuation technique whose variables include only data from observable markets. When the transaction price provides the best evidence of fair value at initial recognition, the financial instrument is initially measured at the transaction price and any difference between this price and the value initially obtained from a valuation model is subsequently recognised in profit or loss on an appropriate basis over the life of the instrument but not later than when the valuation is supported wholly by observable market data or the transaction is closed out.

Investments in other funds are valued at fair value based on the definitive net asset value reported by the administrator or portfolio manager of such fund on the relevant valuation date, or if not available, the most recent provisional net asset values based on preliminary returns reported by the administrator or portfolio manager of such fund.

vii) **Identification and measurement of impairment**

At each reporting date, the Fund assesses whether there is objective evidence that financial assets not carried at fair value through profit or loss are impaired. A financial asset or a group of financial assets are impaired when objective evidence demonstrates that a loss event has occurred after the initial recognition of the asset(s), and that the loss event has an impact on the future cash flows of the asset(s) that can be estimated reliably.

Objective evidence that financial assets are impaired can include significant financial difficulty of the borrower or issuer, default or delinquency by a borrower, restructuring of a loan or advance by the Fund on terms that the Fund would not otherwise consider, indications that a borrower or issuer will enter bankruptcy or other observable data relating to a group of assets such as adverse changes in the payment status of borrowers or issuers in the group, or economic conditions that correlate with defaults in the group.

Impairment losses on assets carried at amortised cost are measured as the difference between the carrying amount of the financial asset and the present value of estimated future cash flows discounted at the asset's original effective interest rate. Impairment losses are recognised in the statement of comprehensive income and reflected in an allowance account against loans and receivables. Interest on impaired assets continues to be recognised through the unwinding of the discount. When a subsequent event causes the amount of impairment loss to decrease, the decrease in impairment loss is reversed through the statement of comprehensive income.

The Fund writes off financial assets carried at amortised cost when they are determined to be uncollectible.

**MWB3 / 111**

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

3.    <u>Significant accounting policies (continued):</u>

*d)    Forward currency contracts*

A forward currency contract involves an obligation to purchase or sell a specific currency at a future date, at a price set at the time the contract is made. Forward foreign exchange contracts are valued by reference to the forward price at which a new forward contract of the same size and maturity could be undertaken at the valuation date. The unrealised gain or loss on open forward currency contracts is calculated as the difference between the contract rate and this forward price and is recognised in the statement of comprehensive income.

*e)    Options*

An option is a contractual arrangement under which the seller (writer) grants the purchaser (holder) the right, but not the obligation, either to buy (a call option) or sell (a put option) at or by a set date or during a set period, a specific number of securities or a financial instrument at a predetermined price.

The seller receives a premium from the purchaser in consideration for the assumption of future securities price. Options held by the Fund are exchange traded. The Fund is exposed to credit risk on purchased options only to the extent of their carrying amount, which is their fair value.

*f)    Investments in hedge funds*

Given the likelihood that the year-end of the underlying investment funds is not co-terminus with that of the Fund, investments in private investment funds cannot be valued based on independently audited net asset values and therefore the Board of Directors bases its valuation on the private investment fund's net asset values as calculated by the administrators of such private investment funds as at the reporting date.

*g)    Collateral at broker*

The Fund has brokerage agreements with multiple brokers to carry its accounts as a customer. The brokers have custody of the Fund's securities and, from time to time, cash balances which may be due from the brokers. These securities and/or cash positions serve as collateral for any amounts due to broker. The securities and/or cash positions also serve as collateral for potential defaults of the Fund.

*h)    Due from and due to brokers*

Amounts due from and to brokers represent receivables for securities sold and payables for securities purchased that have been contracted for but not yet settled or delivered on the statement of financial position date respectively. The due from brokers balance is held for collection.

Amounts due from/to brokers are recognized initially at fair value and subsequently measured at amortized cost. At each reporting date, the Fund shall measure the loss allowance on amounts due from broker at an amount equal to the lifetime expected credit losses if the credit risk has increased significantly since initial recognition. If, at the reporting date, the credit risk has not increased significantly since initial recognition, the Fund shall measure the loss allowance at an amount equal to the 12-month expected credit losses. Significant financial difficulties of the broker, the probability that the broker will enter bankruptcy or financial reorganization, and default in payments are all considered indicators that amounts may be credit impaired. If the credit risk increases to the point that it is credit impaired, interest income will be calculated based on the gross carrying amount adjusted for the loss allowance. A significant increase in credit risk is defined by management as any contractual payment which is more than 30 days past due. Any contractual payment which is more than 90 days past due is considered credit impaired.

*i)    Other receivables*

Other receivables are recognised initially at fair value and are subsequently measured at amortised cost. The other receivables balance is held for collection.

At each reporting date, the Fund shall measure the loss allowance on other receivables at an amount equal to the lifetime expected credit losses if the credit risk has increased significantly since initial recognition. If, at the reporting date, the credit risk has not increased significantly since initial recognition, the Fund shall measure the loss allowance at an amount equal to 12-month expected credit losses. Significant financial difficulties of the counterparty, probability that the counterparty will enter bankruptcy or financial reorganisation, and default in payments are all considered indicators that amounts may be credit impaired. If the credit risk increases to the point that it is credit impaired, interest income will be calculated based on the gross carrying amount adjusted for the loss allowance. A significant increase in credit risk is defined by management as any contractual payment which is more than 30 days past due. Any contractual payment which is more than 90 days past due is considered credit impaired.

<span style="color:red">**MWB3 / 112**</span>

Exhibit "19"
Page 14 of 27

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

3.  **Significant accounting policies (continued):**

*j)* ***Cash and cash equivalents***
Cash and cash equivalents include cash in hand, deposits held at call with banks and other short-term investments in an active market with original maturities of three months or less1 and bank overdrafts. Bank overdrafts are shown in current liabilities in the statement of financial position.

*k)* ***Accrued expenses***
Accrued expenses are recognised initially at fair value and subsequently stated at amortised cost using the effective interest method.

*l)* ***Redeemable participating shares***
The Fund classifies financial instruments issued as financial liabilities or equity instruments in accordance with the substance of the contractual terms of the instruments.

As of June 30, 2021, the Fund had four classes of redeemable participating shares in issue: Class A, Class B, Class C and Class D. The redeemable participating shares provide investors with the right to require redemption at a value proportionate to the investor's share in the Fund's net assets at stated redemption date and in the event of the Fund's liquidation.

The redeemable participating shares are classified as financial liabilities and are measured at the present value of the redemption amounts.

*m)* ***Loan payable***
Loan payable balances are recorded at their contracted capital amounts, plus accrued interest, as specified in the respective agreements.

*n)* ***Payable to related segregated portfolios***
Loan payable balances are recorded at the contracted capital amounts and are free of interest.

*o)* ***Provisions***
A provision is recognized in the statement of financial position when the Fund has a legal or constructive obligation because of a past event, it is probable that an outflow of economic benefits will be required to settle the obligation and a reliable estimate can be made of the amount of the obligation.

*p)* ***Interest income and expense***
Interest income and expense, including interest income from non-derivative financial assets at fair value through profit or loss, are recognised in the statement of comprehensive income using the effective interest method. The effective interest rate is the rate that exactly discounts the estimated future cash payments and receipts through the expected life of the financial asset or liability (or, where appropriate, a shorter period) to the carrying amount of the financial asset or liability. When calculating the effective interest rate, the Fund estimates future cash flows considering all contractual terms of the financial instrument, but not future credit losses.

The calculation of the effective interest rate includes all fees and points paid or received that are an integral part of the effective interest rate. Transaction costs include incremental costs that are directly attributable to the acquisition or issue of a financial asset or liability.

*q)* ***Gain and loss from financial instruments at fair value through profit and loss***
Gains and losses from financial instruments at fair value through profit or loss are separated in realised and unrealised gains and losses and include all realised and unrealised fair value changes and foreign exchange differences, but exclude interest and dividend income, and dividend expense on short positions.

*r)* ***Dividend income***
Dividend income is recognised when the right to receive payment is established, it is probable that the economic benefits associated with the dividend will flow to the Fund, and the amount of the dividend can be measured reliably.

*s)* ***Fees, commission, and other expenses***
Fees, commission, and other expenses are recognised in the statement of comprehensive income on an accrual basis.

**MWB3 / 113**

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

3.    <u>Significant accounting policies (continued):</u>

*t)    Transaction costs*

Transaction costs are costs incurred to acquire financial assets or liabilities at fair value through profit or loss. They include fees and commissions paid to agents, advisers, brokers and dealers. Transaction costs, when incurred, are immediately recognised in profit or loss as an expense.

*u)    Income tax expense*

Under the current system of taxation in Cayman Islands the Fund is exempt from paying income taxes. The Company has received an undertaking from the governor of the Cayman Islands exempting it from income tax until July 13, 2036.

Dividend and interest income received by the Fund may be subject to withholding tax imposed in the country of origin. Investment income is recorded net of such taxes.

*v)    Distributions payable to holders of redeemable shares*

Proposed distributions to holders of redeemable shares are recognised in the statement of comprehensive income when they are appropriately authorised and no longer at the discretion of the Fund. This typically occurs when proposed distribution is ratified at the Annual General Meeting. The distribution on the redeemable shares is recognised as a finance cost in the statement of comprehensive income.

4.    <u>Critical accounting judgment and key sources of estimation uncertainty:</u>

Management makes estimates and assumptions concerning the future. The resulting accounting estimates will, by definition, seldom equal the related actual results. The estimates and assumptions that have a significant risk of causing a material adjustment to the carrying amounts of assets and liabilities are outlined below.

**Fair value of derivatives financial instruments**

The Fund may, from time to time, hold financial instruments that are not quoted in active markets, such as over-the-counter derivatives. Fair values of such instruments are determined by using valuation techniques. Where valuation techniques (for example, models) are used to determine fair values, they are validated and periodically reviewed by experienced personnel at the Fund, independent of the party that created them. Models are calibrated by back-testing to actual transactions to ensure that outputs are reliable.

**Fair value of securities not quoted in an active market.**

The fair value of such securities not quoted in an active market may be determined by the Fund using reputable pricing sources (such as pricing agencies) or indicative prices from bond/debt market makers. Broker quotes obtained from the pricing sources may be indicative and not executable or binding. The Fund would exercise judgement and estimates on the quantity and quality of pricing sources used. Where no market data is available, the Fund may value positions using its own models, which are usually based on valuation methods and techniques generally recognized as standard within the industry. The inputs into these models are primarily earnings multiples and discounted cash flows. The models used to determine fair values are validated and periodically reviewed by experienced personnel at the Fund, independent of the party that created them. The models used for private equity securities are based mainly on earnings multiples (based on the historical earnings of the issuer over the past decade), adjusted for lack of marketability and control premiums. The models used for debt securities are based on the net present value of estimated future cash flows, adjusted as appropriate for liquidity, and credit and market risk factors.

Models use observable data, to the extent practicable. However, areas such as credit risk (both own and counterparty), volatilities and correlations require management to make estimates. Changes in assumptions about these factors could affect the reported fair value of financial instruments. The sensitivity to unobservable inputs is based on management's expectation of reasonable possible shifts in these inputs, taking into consideration historical volatility and estimations of future market movements.

The determination of what constitutes 'observable' requires significant judgement by the Fund. The Fund considers observable data to be market data that is readily available, regularly distributed or updated, reliable and verifiable, not proprietary, and provided by independent sources that are actively involved in the relevant market.

**Calculation of loss allowance**

Management believes that the most significant judgment made is in respect of calculation of loss allowance. When determining the loss allowance, the Fund estimates expected credit loss. The Fund uses reasonable and supportable forward-looking information, which is based on assumptions for the future movement of different economic drivers and how these drivers will affect each other. Loss given default is an estimate of loss arising on default. It is based on the difference between the contractual cash flows due and those that the lender would expect to receive, considering cash flows from collateral and integral credit enhancements.

**MWB3 / 114**

Exhibit "19"
Page 16 of 27

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

5. **Loan and interest receivable:**
The fund holds a portfolio of loans provided to various entities, with maturity periods ranging from 1 to 3 years. These loans are subject to interest charges, as specified in the loan agreements, which range from 1% to 14% per annum.

The loan and interest receivable balance represents the amounts due from these borrowers, net of any allowances for credit losses or impairments that have been determined based on the Company's assessment of collectability.

6. **Cash and cash equivalents:**
Cash and cash equivalents comprise the following balances as at June 30, 2021:

| | June 30, 2021 USD | June 30, 2020 USD (Unaudited) |
|---|---|---|
| **Cash at bank** | **45,815,247** | **11,660,709** |

7. **Financial assets at fair value through profit or loss:**

| | | June 30, 2021 USD | |
|---|---|---|---|
| **Type of Financial instrument** | **No. of units** | **Cost** | **Fair value** |
| Investment in notes | 42,001,427 | 44,939,959 | 45,104,042 |
| **Total** | | **44,939,959** | **45,104,042** |

| | | June 30, 2020 USD (Unaudited) | |
|---|---|---|---|
| **Type of Financial instrument** | **No. of units** | **Cost** | **Fair value** |
| Investment in notes | 19,795,359 | 25,223,554 | 25,298,792 |
| Investment in options | 1,125,000 | 719,508 | 808,500 |
| **Total** | | **25,943,062** | **26,107,292** |

**Gain on financial assets at fair value through profit or loss:**

| | June 30, 2021 USD | June 30, 2020 USD (Unaudited) |
|---|---|---|
| Unrealised gain on investment in options | --- | 88,992 |
| Unrealised gain on investment in notes | 88,845 | 75,238 |
| **Total gain on financial assets at fair value through profit or loss:** | **88,845** | **164,230** |

| | June 30, 2021 USD | | June 30, 2020 USD (Unaudited) | |
|---|---|---|---|---|
| **Type of financial instrument** | **Fair value** | **% of net assets** | **Fair value** | **% of net assets** |
| | 45,104,042 | 32% | 26,107,292 | 67% |

**MWB3 / 115**

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

8.  **Related party balances and transactions:**

The Fund, in the normal course of business, carries out transactions with other business enterprises that fall within the definition of a related party contained in International Accounting Standard 24. The Fund believes that the terms of such transactions are not significantly different from those that could have been obtained from third parties.

*Related party transactions during the year:*

|  | 2021 | 2020 |
|---|---|---|
|  | **USD** | **USD** |
| Subscription received by ARIA Commodities DMCC | 37,890,500 | --- |
| Interest receivable from ARIA Commodities DMCC on subscription | 1,123,926 | --- |
| Promoter fee paid by ARIA Commodities DMCC | 358,905 | --- |
| Services rendered to ARIA Commodities DMCC | 15,000,000 | --- |
| Loan received from ARIA CFF (K1) fund SP | 3,950,000 | --- |

*Related party balances:*

|  | June 30, 2021 | June 30, 2020 |
|---|---|---|
| **Due from related party** | **USD** | **USD** |
|  |  | **(Unaudited)** |
| ARIA commodities DMCC | 50,037,876 | --- |
| ARIA commodity Finance (K1) Fund SP | --- | 426,054 |
| **Due to related party** |  |  |
| ARIA Commodity Finance (K1) Fund SP | 3,523,946 | --- |

9.  **Prepayments and other receivables:**

|  | June 30, 2021 | June 30, 2020 |
|---|---|---|
|  | **USD** | **USD** |
|  |  | **(Unaudited)** |
| Prepayments | 1,860,582 | --- |
| Other receivables | --- | 50,000 |
| **Total prepayments and other receivables** | **1,860,582** | **50,000** |

10.  **Accounts and other payables:**

|  | June 30, 2021 | June 30, 2020 |
|---|---|---|
|  | **USD** | **USD** |
|  |  | **(Unaudited)** |
| Account payables | 635,982 | --- |
| Administrator fees payable | 130,171 | 10,171 |
| Management fee payable | 124,155 | 124,155 |
| Other Payables | 63,667 | 27,672 |
| **Total Accounts and other payables** | **953,975** | **161,998** |

**MWB3 / 116**

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

**11. Financial liabilities at fair value through profit or loss:**
Financial liabilities at fair value through profit or loss include:

| | June 30, 2021 USD | June 30, 2020 USD (Unaudited) |
|---|---|---|
| Derivatives | 95,713 | 395,437 |

| | | June 30, 2021 USD | |
|---|---|---|---|
| Type of Financial instrument | No. of units | Exposure | Fair Value |
| Investment in derivatives | 4,250,000 | 28,974,463 | 28,878,750 |
| **Total** | | **28,974,463** | **28,878,750** |

| | | June 30, 2020 USD (Unaudited) | |
|---|---|---|---|
| Type of Financial instrument | No. of units | Exposure | Fair value |
| Investment in derivatives | 2,380 | (23,755,018) | (24,150,455) |
| **Total** | | **23,755,018** | **24,150,455** |

**Loss on financial assets at fair value through profit and loss:**

| | June 30, 2021 USD | June 30, 2020 USD (Unaudited) |
|---|---|---|
| Unrealised loss on derivatives | 95,713 | 395,437 |

| | June 30, 2021 USD | | June 30, 2020 USD (Unaudited) | |
|---|---|---|---|---|
| Type of financial instrument | Fair value | % of net assets | Fair value | % of net assets |
| Derivatives | 95,713 | 0% | 395,437 | 1% |

**12. Interest payable:**
The fund holds a portfolio of subscription from shareholders, with maturity periods ranging from 1 to 3 years. These subscriptions are subject to interest charges, as specified in the agreements, which range from 4.5% to 11.45% per annum.

**13. Redemption payable:**
Redemption payable represents subscriptions that have matured as of the year-end but have not yet been paid to the shareholders. These amounts represent the obligations of the Company to its shareholders who have elected to redeem their investments in accordance with the terms and conditions of the relevant subscription agreements. However, on August 13, 2021, the investor decided to reinvest these subscriptions in the Fund.

MWB3 / 117

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

14. <u>Share Capital:</u>

The authorised share capital of the Company is the aggregate of: EUR 40,000 split into 100 voting, non-redeemable, non-participating shares with par value EUR 0.01 each (designated as "Management Shares"). and 29,999,900 redeemable participating non-voting Shares with par value EUR 0.001 each; and 10,000,000 redeemable participating non-voting Shares with par value USD 0.001 each.

Management shares do not have a right to dividends. On a winding up of the Fund, management shares rank only for a return of the nominal amount paid up thereon provided the Fund has sufficient assets after settlement of all obligations to creditors and the holders of redeemable participating shares. As at June 30, 2021, the management shares was held by ARIA Capital Management.

15. <u>Shareholders' equity:</u>

**<u>Net assets attributable to holders of participating shares:</u>**

The analysis of movements in the number of participating shares and net assets attributable to holders of participating shares is as follows:

| | Number of shares | |
| --- | --- | --- |
| | June 30, 2021 | June 30, 2020 |
| | | (Unaudited) |
| Balance at beginning of the year | 37,308 | --- |
| New subscription | 192,254 | 37,308 |
| Redemption during the year | (89,408) | --- |
| **Balance at year end** | **140,154** | **37,308** |

The minimum Commitment per investor for subscriptions is USD 100,000 or it's equivalent in other currencies for each class of shares, subject to waiver by the Investment Manager. The minimum Commitment per investor for subsequent subscription is USD 100,000 or it's equivalent in other currencies for each class of shares.

The Fund may impose a Subscription Fee on the issue of Shares of up to 5.00% of the Net Asset Value per Share subscribed by each investor, to be paid out of the subscription monies at subscription, or as a deferred expense to be applied to the Fund at the discretion of the Directors and amortised over a five-year period.

Such fee may be used to meet commission costs in the Fund or may be retained for the benefit of the Investment Manager or the Promoter, and/or any other parties authorised to introduce investors to the Fund. The Subscription Fee may be reduced or waived at the discretion of the Directors.

Upon the subscription for Shares by their clients, the Promoter or at its discretion any sub-distributors or intermediaries may receive a fee of up to 5% of the Net Asset Value attributable to the value thereof at the time of subscription (the 'Distribution Fee'). This fee shall be amortised over a five year period or subscription period and shall be recovered either: (i) out of the assets of the Fund at an annual rate of 1% of the value thereof (with such fee being calculated and accrued on each Valuation Day on the relevant Net Asset Value of the Shares and will be paid monthly in arrears); or (ii) by way of the levy of a contingent deferred redemption fee (the 'Deferred Redemption Fee'). The Deferred Redemption Fee will decline to 0% within one hundred eighty (180) months after the purchase date (calculated at 1% per year). This redemption fee is payable to the Fund and will be applied to repay the unamortised balance of the Distribution Fee (calculated on a first in first out basis). It may be in addition to the Early Redemption Fee set forth below.

The Fund may, within discretion of the Directors, impose an Early Redemption Fee of up to 2% on the Net Asset Value per Share, only where a redemption of Shares (in whole or in part) takes place within 12 months of the Shareholder's initial subscription. The charge shall be to the benefit of the Fund.

Holders of redeemable participating shares have the right to redeem or require the Fund to repurchase their shares. A redemption notice or repurchase request must be submitted to the Administrator at least five business days prior to the valuation date.

Holders of redeemable participating shares do not have the right to vote but are entitled to receive upon winding up of the Fund, a return of the nominal value paid in respect to such shares, and the right to share in surplus assets available for distribution after return of the nominal value paid up on all shares.

**MWB3 / 118**

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

15. **Shareholders' equity (continued):**

    **Net assets attributable to holders of participating shares:**

    | | June 30, 2021 | June 30, 2020 (Unaudited) |
    |---|---|---|
    | Balance at year end | 142,771,886 | 39,060,843 |
    | Number of shares | 140,154 | 37,308 |
    | **Net assets value per share** | **1,019** | **1,047** |

16. **Gain/ (loss) on fair value through profit or loss:**

    | | June 30, 2021 USD | June 30, 2020 USD (Unaudited) |
    |---|---|---|
    | Unrealised gain on investment in options (Note 7) | --- | 88,992 |
    | Unrealised loss on derivatives (Note 11) | (95,713) | (395,437) |
    | Unrealised gain on investment in notes (Note 7) | 88,846 | 75,238 |
    | Realised gain on equity investment | 21,456,631 | --- |
    | Realised (loss)/ gain on derivatives | (25,974,519) | 15,746 |
    | **Total loss on fair value through profit or loss** | **(4,524,755)** | **(215,461)** |

17. **Distributors and promoters fee:**
    The Fund pays a fee of up to 5% of the net asset value thereof at the time of subscription to the distributor or any sub-distributors or intermediaries at their discretion.

    For the year ended June 30, 2021, the total of distribution fees incurred was USD 1,218,350.

    The Fund pays a fee of 1.5% of the Net Asset Value attributable to the value thereof at the time of subscription to the promoter for services such as asset raising and distribution support.

    For the year ended June 30, 2021, the total of promoter fees incurred was USD 1,178,986.

18. **Management fee:**
    The Fund pays the Investment Manager a management fee equal to 2% per annum subject to discretion of the Investment Manager of the net asset value calculated and accrued monthly and payable monthly in arrears. There were no Management Fees incurred for the year ending June 30, 2021.

19. **Other expenses:**

    | | June 30, 2021 USD | June 30, 2020 USD (Unaudited) |
    |---|---|---|
    | Derivatives commission | 291,933 | --- |
    | Exchange rate loss | 823,855 | --- |
    | Insurance expense | 408,871 | 1,485,000 |
    | Bond expenses | 887,593 | 74,859 |
    | Legal and professional expenses | 83,440 | 65,218 |
    | Broker charges | --- | 354,639 |
    | Bank charges | 7,231 | 7,306 |
    | Others | 103,379 | 454,557 |
    | **Total Other expenses** | **2,606,302** | **2,441,579** |

20. **Commitments:**
    As of the year-end, the Fund has a commitment to receive subscriptions amounting to USD 57,000,000 from investors.

**MWB3 / 119**

19

Exhibit "19"
Page 21 of 27

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

21. **Risk management:**

The Fund is primarily exposed to credit risk, liquidity risk, market risk, emerging market risk, fair value estimates and operational risk due to exposure to financial instruments, commodities and commodity trade finance and infrastructure related loans.

**Risk management framework**

The Fund maintains positions in a variety of derivative and non-derivative financial instruments in accordance with its investment management strategy. The Fund's investment portfolio comprises quoted and non-quoted equity investments and debt securities, derivative financial instruments, loans and investments in non-quoted investment funds that it intends to hold for an indefinite period of time.

Asset purchases and sales are determined by the Fund's Investment Manager, who has been given discretionary authority to manage the distribution of the assets to achieve the Fund's investment objectives.

This note presents information about the Fund's exposure to each of the above risks:

a) **Credit risk**

Credit risk is the risk that the counterparty to a financial instrument will fail to discharge an obligation or commitment that it has entered with the Fund, resulting in a financial loss to the Fund. It arises principally from debt securities held and from derivative financial assets and cash and cash equivalents.

For risk management reporting purposes, the Fund considers and consolidates all elements of credit risk exposure (such as individual obligor default risk, country, and sector risk).

i) **Management of credit risk**

The Fund's policy on credit risk is to minimize its exposure to counterparties with perceived higher risk of default by dealing only with counterparties meeting the credit standards set out by the Investment Manager. The Fund's credit risk is monitored monthly by the Board of Directors.

ii) **Exposure to credit risk**

The Fund's maximum credit risk exposure (before collateral and other credit enhancements) at the statement of financial position date is represented by the respective carrying amounts of the financial assets in the statement of financial position.

iii) **Cash and cash equivalents**

The Fund's cash and cash equivalents are held mainly with EFG Cayman which is rated "A1" based on rating agency Moody's rating and Emirates NBD "A2" based on Moody's rating once more. The Investment Manager monitors the financial position of the banks on a semi-annual basis.

iv) **Investment in hedge funds**

The Fund may also invest in unlisted and not frequently traded hedge funds. As at June 30, 2021, 0% of the Fund's net assets was invested in unrated and unlisted hedge funds.

v) **Derivative financial instruments**

The Fund enters into two types of derivative transactions, exchange-traded derivatives and over-the-counter ("OTC") derivatives. Credit risk arising from exchange-traded derivatives is mitigated by margin requirements and futures exchanges generally have low credit risk. OTC derivatives expose the Fund to the risk that the counterparties to the derivative financial instruments might default on their obligations to the Fund.

vi) **Settlement risk**

The Fund's activities may give rise to risk at the time of settlement of transactions. Settlement risk is the risk of loss due to the failure of an entity to honor its obligations to deliver cash, securities or other assets as contractually agreed.

For most transactions, the Fund mitigates this risk by conducting settlements through a broker or first-class financial institution to ensure that a trade is settled only when both parties have fulfilled their contractual settlement obligations. Settlement limits form part of the credit approval and limit monitoring processes described earlier.

MWB3 / 120

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

21. **Risk management (continued):**

b) **Liquidity Risk**

Liquidity risk is the risk that the Fund will encounter difficulty in meeting obligations arising from its financial liabilities that are settled by delivering cash or another financial asset, or that such obligations will have to be settled in a manner disadvantageous to the Fund.

i) **Management of liquidity risk**

The Fund's policy and the Investment Manager's approach to managing liquidity is to have sufficient liquidity to meet its liabilities, in part in accordance with the maturity dates as set out on subscription, as and when due, without incurring undue losses or risking damage to the Fund's reputation.

The Fund's constitution provides for quarterly creation and cancellation of shares on a best endeavours basis, and it is therefore exposed to the liquidity risk of meeting shareholder redemptions at each redemption date, subject to notice period and maturity terms

The Fund's financial assets include unlisted loans, commodity inventory and trade finance investments, which generally are illiquid. As a result, the Fund may not be able to quickly liquidate some of its investments in these instruments in order to meet its liquidity requirements.

The Fund's overall liquidity risks are monitored regularly. The Fund's redemption policy is to meet redemption requests quarterly, on a best endeavors basis, with the shareholder giving at least 60 days' notice before the stated redemption date of a given Class and term commitment.

ii) **Maturity analysis**

The table below summarizes the maturity profile of the Fund's assets:

| 2021 | Carrying amount USD | < 1 year USD | 1 – 5 years USD | > 5 years USD |
|---|---|---|---|---|
| Interest receivables | 779,055 | 779,055 | --- | --- |
| Loan receivables | 36,858,259 | --- | 36,858,259 | --- |
| Related party receivables | 50,037,876 | --- | 50,037,876 | --- |
| Financial assets at FVPL | 45,104,042 | 45,104,042 | --- | --- |
| Prepayments and other receivables | 1,860,582 | 500,588 | 1,359,994 | --- |
| | 134,639,814 | 46,383,685 | 88,256,129 | --- |

| 2020 (Unaudited) | Carrying amount USD | < 1 year USD | 1 – 5 years USD | > 5 years USD |
|---|---|---|---|---|
| Interest receivables | 336,663 | 336,663 | --- | --- |
| Loan receivables | 5,908,133 | --- | 5,908,133 | --- |
| Related party receivables | 426,054 | --- | 426,054 | --- |
| Financial assets at FVPL | 26,107,292 | 26,107,292 | --- | --- |
| Prepayments and other receivables | 50,000 | 50,000 | --- | --- |
| | 32,828,142 | 26,493,955 | 6,334,187 | --- |

<span style="color:red">**MWB3 / 121**</span>

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

**21. Risk management (continued):**

**c) Market Risk**

Market risk is the risk that changes in market prices, such as interest rates, equity prices, foreign exchange rates and credit spreads (not relating to changes in the obligor's/issuer's credit standing) will affect the Fund's income or the value of its holdings of financial instruments.

The objective of market risk management is to manage and control market risk exposures within acceptable parameters, while optimizing the return on risk.

**i) Management of market risks**

The Fund's strategy for the management of market risk is driven by the Fund's investment objective. The Fund's market risk is managed daily by the Investment Manager in accordance with policies and procedures in place. The Fund's market positions are monitored on a quarterly basis by the Board of Directors.

The Fund may use derivatives to manage its exposure to foreign currency, interest rate and equity market risks. The instruments used may include interest rate swaps, forward contracts, futures and options. The Fund does not apply to hedge accounting.

**ii) Exposure to market price risks**

rice risk is the risk that the value of the investments will fluctuate because of changes in market prices, whether caused by factors specific to an individual investment, its issuer or all factors affecting all instruments traded in the market.

As most of the Fund's financial instruments are carried at fair value with fair value changes recognized in the statement of comprehensive income, all changes in market conditions will directly affect net investment income. The market price risk of the Fund's financial assets and liability positions is monitored by the Investment Manager regularly.

**iii) Exposure to interest rate risk**

Interest rate risk is the risk that the fair value on future cash flows of the Fund's financial instruments will fluctuate because of changes in market interest rates. The Fund only holds cash and cash equivalents on an interest rate determined by the banks. The risk on cash flows arising from the movement in interest rates is considered not to be significant.

**iv) Exposure to currency risk**

The Fund invests in financial instruments and enters into transactions that are denominated in currencies other than its functional currency. Consequently, the Fund is exposed to risks that the exchange rate of its currency relative to other foreign currencies may change in a manner that has an adverse effect on the fair value or future cash flows of that portion of the Fund's financial assets or liabilities denominated in currencies other than the US Dollars.

**MWB3 / 122**

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

21. **Risk management (continued):**

c) **Market Risk (continued)**

iv) **Exposure to currency risk (continued)**

The Fund's currency risk is managed regularly by the Investment Manager in accordance with policies and procedures in place. The Fund's currency positions and exposures are monitored monthly by the Board of Directors.

At the reporting date the carrying value of the Fund's financial assets and liabilities held in individual foreign currencies were as follows.

| Financial assets | USD | CHF | EURO | GBP |
|---|---|---|---|---|
| Interest receivables | 623,708 | 128,042 | 5,615 | --- |
| Loan receivables | 33,462,932 | 2,950,000 | 175,000 | --- |
| Related party receivables | 43,205,081 | --- | --- | 5,063,205 |
| Financial assets at FVPL | 45,104,042 | --- | --- | --- |
| Cash and cash equivalents | 45,701,094 | 81,943 | 5,308 | 14,004 |

| Financial liabilities | USD | CHF | EURO | GBP |
|---|---|---|---|---|
| Accounts and other payables | 635,982 | --- | --- | --- |
| Interest payable | 3,709,541 | --- | --- | --- |
| Related party payable | 3,523,946 | --- | --- | --- |
| Financial liabilities at FVPL | 95,713 | --- | --- | --- |
| Redemption payable | 29,400,000 | --- | --- | --- |

d) **Emerging market risk**

The Fund pursues its investment objective by investing primarily in trade finance, structured trade finance, export finance and project finance or related obligations of companies or other entities (including sovereign entities) located primarily in or having exposure to global emerging markets. As such, the Fund is subject to all the risks typical to investments generally made in emerging markets, in addition to risks specific to the trade finance asset class.

Investment in emerging markets involves risk factors and special considerations which may not be typically associated with investing in more developed markets and are likely to include but not be restricted to the following:

i) **Political and economic factors**

Political and economic change and instability may be more likely to occur and have a greater effect on the economies and markets of emerging countries. Government policies, taxation, restrictions on foreign investment and on currency convertibility and repatriation, currency fluctuations and other developments in the laws and regulations of the relevant country could result in losses. In the event of nationalization, expropriation, or other confiscation, the Fund could lose its entire investment in foreign security.

ii) **Status of loan market**

In comparison with more developed primary and secondary loan markets, the emerging market loan market is smaller, may experience reduced liquidity and as a result potentially more volatile securities price. This may result in greater volatility in the net asset value of the Fund than would be the case if the investments were made in more developed markets. In addition, different transaction settlement and clearing procedures, safe custody and registration procedures may be underdeveloped, enhancing the chance of an error, fraud or default, causing losses to the Fund. Such underdeveloped procedures may be unable to keep pace with the volume of securities transactions or otherwise make it difficult to engage in such transactions. In addition, custodial expenses for emerging market securities are generally higher than for developed market securities.

iii) **Legal considerations**

The legal infrastructure and accounting, auditing and reporting standards in emerging markets may not provide the same degree of investor information or protection as would generally apply in more developed markets. Certain investments in particular emerging markets may be subject to restrictions which may limit the availability of attractive investment opportunities to the Fund. Furthermore, emerging markets are generally not as efficient as those in more developed countries. In some cases, a market for the security may not exist locally and therefore transactions may need to be made on a neighboring exchange.
Costs: Emerging markets securities may incur brokerage or stock transfer taxes or other withholding taxes levied by foreign governments which may have the effect of increasing the cost of investment and which may reduce the realized gain or increase the loss on such securities at the time of sale.

<span style="color:red">**MWB3 / 123**</span>

Exhibit "19"
Page 25 of 27

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

21. **Risk management (continued):**

d) **Emerging market Risk (continued)**

iv) **Regulation**

The issuers of emerging markets securities or borrowers in emerging market countries, such as companies, banks and other financial institutions, may be subject to less stringent regulation than would be the case for issuers in developed countries, and therefore potentially carry greater risk.

Accounting Reporting Standards: The issuers of emerging market securities or borrowers in emerging market countries, such as companies, banks and other financial institutions, may be subject to local accounting and audit practices. These may differ from international accounting practices, leading to a greater risk of financial misreporting or misrepresentation.

v) **Credit ratings**

Emerging market loans are often unrated but may also be below investment grade (or "junk" investments). The market values of corporate loans rated below investment grade and comparable unrated securities tend to be more sensitive to company-specific developments and changes in economic conditions than for higher rated securities. Issuers of these securities are often highly leveraged, so that their ability to service debt obligations during an economic downturn may be impaired. In addition, such issuers may not have more traditional methods of financing available to them and may be unable to repay debt at maturity by refinancing. The risk of loss due to default on payment of interest or principle by such issuers is significantly greater than in the case of investment grade securities. These securities may be subordinated to the prior payment of senior or secured indebtedness.

vi) **Taxation**

Taxation of interest received by the Fund with respect to emerging market borrowers may be subject to foreign taxes that may or may not be reclaimable. Trade finance related securities may include methods to minimize such risks but no assurance can be given that such techniques will be successful. In addition, markets in which the Fund invests may have less well developed or defined tax laws and procedures than in more developed markets and this may adversely affect the level of tax suffered by investment in those markets. This may also include the imposition of retroactive taxation which had not reasonably been anticipated in the valuation of the assets of the Fund. This may result in uncertainty which could necessitate significant provisions being made for foreign taxes in the calculation of the Net Asset Value (NAV) of the Fund.

e) **Fair value estimates**

The fair values of financial assets and financial liabilities that are traded in active markets are based on prices obtained directly from an exchange on which the instruments are traded or obtained from a broker that provides an unadjusted quoted price from an active market for identical instruments. For all other financial instruments, the Fund determines fair values using other valuation techniques.

For financial instruments that trade infrequently and have little price transparency, fair value is less objective and requires varying degrees of judgement depending on liquidity, uncertainty of market factors, pricing assumptions and other risks affecting the specific instrument.

The Fund measures fair values using the following fair value hierarchy that reflects the significance of the inputs used in making the measurements.

- Level 1: Inputs that are quoted market prices (unadjusted) in active markets for identical instruments.
- Level 2: Inputs other than quoted prices included within Level 1 that are observable either directly (i.e., as prices) or indirectly (i.e., derived from prices). This category includes instruments valued using quoted market prices in active markets for similar instruments; quoted prices for identical or similar instruments in markets that are considered less than active; or other valuation techniques in which all significant inputs are directly or indirectly observable from market data.
- Level 3: Inputs that are unobservable. This category includes all instruments for which the valuation technique includes inputs not based on observable data and the unobservable inputs have a significant effect on the instrument's valuation. This category includes instruments that are valued based on quoted prices for similar instruments but for which significant unobservable adjustments or assumptions are required to reflect differences between the instruments.

**MWB3 / 124**

**ARIA COMMODITY FINANCE FUND**
**Notes to the Financial Statements (continued)**
**For the year ended June 30, 2021**

**21.  Risk management (continued):**

  **e)  Fair value estimates (continued)**

The level in the fair value hierarchy within which the value measurement is categorised in its entirety should be determined on the basis of the lowest level input that is significant to the fair value measurement in its entirety. For this purpose, the significance of an input is assessed against the fair value measurement in its entirety. If a fair value measurement uses observable inputs that require significant adjustment based on unobservable inputs, that measurement is a level 3 measurement. Assessing the significance of a particular input to the fair value measurement in its entirety requires judgement, considering factors specific to the asset or liability.

The determination of what constitutes 'observable' requires significant judgement by the Fund. The Fund considers observable data to be market data that are readily available, regularly distributed or updated, reliable and verifiable, not proprietary, and provided by independent sources that are actively involved in the relevant market.

The following tables present the Fund's financial instruments that are measured at fair value at statement of financial position dates:

| At June 30, 2021 | Level 1 USD | Level 2 USD | Level 3 USD |
|---|---|---|---|
| **Financial assets at fair value through profit or loss:** | | | |
| Investment in notes | 3,104,042 | --- | 42,000,000 |
| **Financial liabilities at fair value through profit or loss:** | | | |
| Investment in derivatives | 95,713 | --- | --- |

| At June 30, 2020 (Unaudited) | Level 1 USD | Level 2 USD | Level 3 USD |
|---|---|---|---|
| **Financial assets at fair value through profit or loss:** | | | |
| Investment in notes | 3,015,197 | --- | 22,283,595 |
| Investment in options | 808,500 | --- | --- |
| **Financial liabilities at fair value through profit or loss:** | | | |
| Investment in derivatives | 395,437 | --- | --- |

  **f)  Operational risk**

Operational risk is the risk of direct or indirect loss arising from a wide variety of causes associated with the processes, technology and infrastructure supporting the Fund's operations either internally within the Fund or externally at the Fund's service providers, and from external factors other than credit, market, and liquidity risks such as those arising from legal and regulatory requirements and generally accepted standards of investment management behavior. Operational risks arise from all the Fund's activities.

**22.  Comparative figures:**

- These are the first set of financial statements prepared by the management for the purpose of audit. Consequently, the comparative figures are un-audited.
- Comparative figures have been reclassified / regrouped, wherever necessary to conform to the presentation adopted in the current year.

**23.  Subsequent Events**

Subsequent to the balance sheet date of June 30, 2021, the Fund received additional subscriptions totaling to USD 512,293,868. These subscriptions were for newly issued redeemable participating shares. The additional redeemable participating shares will increase the Fund's capital and may impact its capital structure.

Further, following the balance sheet date of June 30, 2021, and up to the issuance date of these financial statements, the Fund had redemptions totaling to USD 170,964,806 from its redeemable participating shares.

MWB3 / 125