RNS Number : 7830V
Serica Finance plc
11 August 2020

Official Announcement

Serica Finance Plc (the "**Issuer**")
Company Announcement

Serica Finance Plc 2019-CFF1 USD Secured 11.00% NTS due 2021 ISIN
GB00BJQ31240 (together, the "**2019-CFF1 Notes**")

The Issuer announces that interest due on the 2019-CFF1 Notes on 7 August
2020 has not been made to holders of the 2019-CFF1 Notes.

No Event of Default (as defined in the terms and conditions of the 2019-CFF1
Notes) has yet been declared.

The security backing the 2019-CFF1 Notes is described in the Investment
Memorandum dated May 2020 and principally consists of contractual rights to
income arranged by Aria Commodity Finance Fund (the "**Fund**").

As a result of the non-receipt of amounts due by the Fund to the Issuer, the
Issuer has insufficient funds to pay interest on the 2019-CFF1 Notes. No action
has yet been taken by the Issuer against the Fund in respect of such payments.
The obligation of the Fund to make such payments to the Issuer continues.

The 2019-CFF1 Notes are listed on the Frankfurt Stock Exchange.

Capitalised terms used but not defined herein have the meaning given to them in
the terms and conditions of the 2019-CFF1 Notes as set out in the Pricing
Supplement dated 27 April 2020 relating to the 2019-CFF1 Notes.

This information is provided by RNS, the news service of the London Stock Exchange. RNS is approved by the Financial
Conduct Authority to act as a Primary Information Provider in the United Kingdom. Terms and conditions relating to the use
and distribution of this information may apply. For further information, please contact rns@lseg.com or visit www.rns.com.

END

NRAMZGMRRMDGGZG