**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| In re Application of: | ) | |
| | ) | |
| TECHTERYX LTD., | ) | |
| | ) | |
|       Applicant, | ) | Case No. 26-MC-4-R |
| | ) | |
| FOR AN ORDER TO TAKE | ) | |
| DISCOVERY FOR USE IN FOREIGN | ) | |
| PROCEEDINGS PURSUANT TO | ) | |
| 28 U.S.C. § 1782. | ) | |

## ENTRY OF APPEARANCE

To the Clerk of this Court and all parties of record:

The undersigned attorneys, Samson A. Enzer, John S. MacGregor, Andrew W. Amend, Frederick J. Glasgow and Gregory Mortenson of Cahill Gordon & Reindel LLP, hereby enter their appearance as counsel in this case for Applicant Techteryx Ltd., and certify that they are admitted to practice in this Court and are registered to file documents electronically with this Court.

_/s/ Jared D. Giddens_
Samson A. Enzer, _Pro Hac Vice_
John S. MacGregor, _Pro Hac Vice_
Andrew W. Amend, _Pro Hac Vice_
Frederick J. Glasgow, _Pro Hac Vice_
Gregory Mortenson, _Pro Hac Vice_
CAHILL GORDON & REINDEL LLP
32 Old Slip
New York, NY 10005
(212) 701-3000
senzer@cahill.com
jmacgregor@cahill.com
aamend@cahill.com
fglasgow@cahill.com
gmortenson@cahill.com

-and-

Jared D. Giddens, OBA No. 3355
J. Dillon Curran, OBA No. 19442
Matthew A. Peace, OBA No. 35707

Of the Firm:
CONNER & WINTERS LLP
211 N. Robinson Ave., Ste. 1700
Oklahoma City, OK 73102
Telephone: (405) 272-5711
Facsimile: (405) 232-2695
jgiddens@cwlaw.com
dcurran@cwlaw.com
mpeace@cwlaw.com

***Attorneys for Applicant Techteryx Ltd.***

2

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 7th day of April 2026, I electronically transmitted the foregoing document to the Clerk of the Court using the CM/ECF system for filing and transmittal of a Notice of Electronic Filing to the ECF registrants.

*/s/ Jared D. Giddens*
Jared D. Giddens